FILED IN
COURT OF CRIMINAL APPEALS

January 21, 2015

ABEL ACOSTA, CLERK

PD-0054&0055&0056-15

COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/14/2015 11:41:26 AM
Accepted 1/21/2015 11:10:36 AM
ABEL ACOSTA
CLERK

PD No:_____

| | |
|---|---|
| JAVIER NOEL CAMPOS | IN THE TEXAS COURT |
| VS. | OF CRIMINAL APPEALS |
| STATE OF TEXAS | AUSTIN, TEXAS |

## MOTIONS FOR EXTENSIONS OF TIME TO FILE
## APPELLANT'S *PRO-SE* PETITIONS FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, by and through the undersigned attorney, who has personal knowledge of the matters contained herein, and files these Motions for Extensions of Time to File Appellant's *Pro-Se* Petitions for Discretionary Review, and in support thereof would show:

I.

Appellant was convicted of three cases of aggravated sexual assault of a child . Appellant was sentenced to sixty-eight years in the Texas Department of Criminal Justice - Institutional Division on each of the three cases. The trial court was the 184th District Court of Harris County, Texas. The trial court cause numbers were: 1328806, 1328807 & 1308988. On January 13, 2015, the First Court of Appeals in Houston, Texas, affirmed appellant's convictions in appellate cause numbers: 01-13-00415-CR, 01-13-00416-CR & 01-13-00417-CR.

II.

The current deadline for filing appellant's petitions for discretionary review is February 12, 2015.

III.

No  previous extensions of time to file petitions for discretionary review have been requested by appellant.

IV.

The undersigned is not pursuing further appellate review on behalf of Mr. Campos. The undersigned is notifying appellant of his right to pursue petitions for discretionary review.

V.

Appellant is requesting a thirty (30) day extension until March 13, 2015 , in which to file his *pro-se* petitions for discretionary review in these matters

VI.

This request is not made for the purpose of delay but to insure Appellant's right to appellate review in these matters.

VII.

Appellant's last known address within the Texas Department of Criminal Justice is:

Mr. Javier Noel Campos
SID # 04363748
Stiles Unit
Beaumont, Texas 77705

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Court grant these Motions for Extensions of Time to File Appellant's *Pro-Se*  Petitions for Discretionary Review until March 13, 2015.

Respectfully submitted,

_Wayne T. Hill_

Wayne T. Hill
SBOT: 09656300
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 623-8312

## CERTIFICATE OF SERVICE

On January 14, 2015, a true and correct copy of this motion was mailed to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin,   6th Floor
Houston, Texas 77002

Mr. Javier Noel Campos
(Address noted above)

_Wayne T. Hill_

Wayne T. Hill